Renée E. Rothauge, SBN 271239
ReneeRothauge@MHGM.com
Leslie A. O'Brien, OSB #112543
(admitted *pro hac vice*)
LeslieOBrien@MHGM.com
Chad M. Colton, OSB #065774
(admitted *pro hac vice*)
ChadColton@MHGM.com
MARKOWITZ, HERBOLD, GLADE
& MEHLHAF, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
Telephone:  (503) 295-3085
Facsimile:  (503) 323-9105

Attorneys for Defendant BOYD COFFEE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| POWER BUYING DEALERS WESTERN REGION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOYD COFFEE COMPANY et al., <br><br> Defendants. | CASE NO. 2:12-cv-03492-SVW-JCGx <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

PURSUANT TO STIPULATION, IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff Power Buying Dealers Western Region, Inc. against defendant Boyd Coffee Company and the counterclaims and

demands of counterclaim-plaintiff Boyd Coffee Company against counterclaim-defendant Power Buying Dealers Western Region, Inc. are DISMISSED WITH PREJUDICE, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  November 20, 2012

_____
HON. STEPHEN V. WILSON
United States District Court Judge