# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

  This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

  IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

take nothing; that the action be dismissed with prejudice; and that the defendant(s):

_____

take nothing.

Dated: November 20, 2012      By _____
                Hon. Stephen v. Wilson
                U.S. District Judge

cc: Counsel of record